**Audon GRAGEOLA–BERUMEN, a.k.a. Audon Berumen Grageola, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–70153.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Sept. 27, 2010.

Audon Grageola–Berumen, Garden Grove, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Oil, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Audon Grageola–Berumen, a native and citizen of Mexico, petitions for review of

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law and constitutional claims, *Khan v. Holder*, 584 F.3d 773, 776 (9th Cir.2009), and we deny the petition for review.

Grageola–Berumen does not challenge the agency's determination that he is removable under 8 U.S.C. § 1227(a)(2)(A)(iii) based on his 1996 conviction for continuous sexual abuse of a child under 14 years of age in violation of California Penal Code § 288.5.

The agency determined that Grageola–Berumen is ineligible for relief under former section 212(c), 8 U.S.C. § 1182(c) (repealed 1996), because his ground of removability lacks a statutory counterpart in a ground of inadmissibility. *See* 8 C.F.R. § 1212.3(f)(5). Grageola–Berumen's legal challenges to this determination are foreclosed by *Abebe v. Mukasey*, 554 F.3d 1203, 1208 n. 7 (9th Cir.2009) (en banc).

The agency did not err in concluding that Grageola–Berumen's sexual abuse of a minor aggravated felony conviction rendered him ineligible for relief pursuant to 8 U.S.C. § 1182(h). *See Alvarez–Barajas v. Gonzales*, 418 F.3d 1050, 1055 (9th Cir. 2005).

The government's March 12, 2008, motion to hold this case in abeyance is denied as moot.

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.